UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT TOWING & SALVAGE CO., INC. and COOPER/T.SMITH MOORING CO., INC.<br>v.<br><br>M/V JALMA TOPIC, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; | CIVIL ACTION NO. 2:21-cv-01331<br><br>SECTION __ \| DIVISION __<br><br>JUDGE<br><br>MAGISTRATE |

## EX PARTE MOTION TO PERMIT VESSEL REPAIRS, MOVEMENT, AND CARGO OPERATIONS WITHIN THE DISTRICT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., who have moved for an Order from the Court authorizing the arrest of the M/V JALMA TOPIC, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* pursuant to Local Admiralty Rule 64.3, and respectfully request that the Court permit the M/V JALMA TOPIC to move freely within the jurisdiction while under arrest, to move from its present position, to be free to continue or initiate cargo loading and/or discharging operations, to be free to engage in repairs to the vessel, and/or to carry out other normal business operations of the vessel.

Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc. agree to defend, indemnify, and hold harmless the U.S. Marshal, their agents, servants, employees, and all others for whom they are responsible from any and all liability for claims arising out of the movement of the M/V JALMA TOPIC and arising out of the cargo loading/unloading operations.

Respectfully submitted:

SALLEY, HITE, MERCER & RESOR, LLC

/s/Kevin M. Frey
DAVID M. FLOTTE, T.A. (#1364)
MARCELLE P. MOULEDOUX (#30339)
KEVIN M. FREY (#35133)
AUSTIN S. GLASCOE (#38236)
MORGAN E. KELLEY (#38299)
365 Canal Street, Suite 1710
New Orleans, LA  70130
Tel.:    (504) 566-8800
Fax:    (504) 566-8828
dflotte@shrmlaw.com
mmouledoux@shrmlaw.com
kfrey@shmrlaw.com
aglascoe@shmrlaw.com
mkelley@shmrlaw.com

*Counsel for Crescent Towing and Salvage Co. Inc. and Cooper/T. Smith Mooring Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

_/s/ Kevin Frey_
KEVIN M. FREY