UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRESCENT TOWING & SALVAGE CO., INC. and COOPER/T.SMITH MOORING CO., INC. <br> v. <br><br> M/V JALMA TOPIC, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; | CIVIL ACTION NO. 2:21-cv-01331 <br><br> SECTION __ | DIVISION __ <br><br> JUDGE <br><br> MAGISTRATE |

## **ORDER**

Considering the foregoing motion and Plaintiffs, Crescent Towing & Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc., having agreed to defend, indemnify, and hold harmless the U.S. Marshal, their agents, servants, employees, and all others for whom they are responsible from any and all liability for claims arising out of the movement of the M/V JALMA TOPIC and arising out of the cargo loading/unloading operations.

IT IS HEREBY ORDERED, that the vessel M/V JALMA TOPIC be permitted to move freely, to move from its present position, to be free to continue or initiate cargo loading and/or discharging operations, to be free to engage in repairs to the vessel, and to carry out other normal business operations of the vessel within the jurisdictional confines of the Eastern District of Louisiana and provided further that the arrest warrant previously issued remain undisturbed and in full force and effect.

_____
UNITED STATES DISTRICT JUDGE